UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Mag. Judge Case No. |
| | ) | 04-M-265-JLA |
| DANIEL CHANDLER, | ) | |
| Defendant | ) | |

## AFFIDAVIT IN SUPPORT OF ARREST

I, Robert J. Subach, Special Agent, Drug Enforcement Administration, do hereby make oath before the Honorable Joyce London Alexander, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Daniel Chandler, on a complaint filed in the Southern District of New York charging the defendant with conspiracy to distribute, and to possess with intent to distribute, methamphetamine, in violation of 21 U.S.C § 846, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

                                                                _____
                                                                ROBERT J. SUBACH
                                                                Special Agent
                                                                Drug Enforcement Administration

Subscribed and sworn to before me this _17_ day of _November_, 2004.

                                                                _____
                                                                JOYCE LONDON ALEXANDER
                                                                United States Magistrate Judge

CR 12 (Rev. 6/82)

AUSA STEVEN D. FELDMAN
Tel. No.: 212-637-2484

## WARRANT FOR ARREST

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DANIEL CHANDLER | DOCKET NO<br>**04 MAG** | MAGISTRATE'S CASE NO<br>**1464** |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>DANIEL CHANDLER | |
| WARRANT ISSUED ON THE BASIS OF: ☐ Order of Court<br>☐ Indictment ☐ Information ☒ Complaint | DISTRICT OF ARREST | |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy to distribute and possess with intent to distribute narcotics

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>21 | SECTION<br>846 |
|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY THEODORE H. KATZ<br>UNITED STATES MAGISTRATE JUDGE | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>/s/ Theodore H. Katz | DATE ORDERED |
| CLERK OF COURT SOUTHERN DISTRICT OF NEW YORK | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.