UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIM. CASE NO:
MJ04-M-265:001 JLA

DANIEL CHANDLER
       Defendant

**ORDER ON**
**APPOINTMENT OF FEDERAL DEFENDER**

ALEXANDER, U.S.M.J.

On November 17, 2004, the defendant in the above-entitled action appeared before this on a on a complaint from the Southern District of New York charging violations of 21 U.S.C. §846, conspiracy to distribute , and possession with intent to distribute methamphetamine. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney Charles McGinty of the Federal Defender Office for the District of Massachusetts be appointed, effective as of November 17, 2004, to represent said defendant in this cause until further order of the Court.

    SO ORDERED.

                            JOYCE LONDON ALEXANDER
                            UNITED STATES MAGISTRATE JUDGE

                            BY THE COURT:
                            /S/ Rex Brown
                            Courtroom Clerk

November 17, 2004
Date