UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | M.J. No. |
| v.           ) | 04-M-265-JLA |
| ) | |
| DANIEL CHANDLER    ) | |

### WARRANT OF REMOVAL

The above-named defendant was arrested in the District of Massachusetts on November 16, 2004, in Braintree, Massachusetts, by the special agents of the Drug Enforcement Administration on an arrest warrant issued on July 28, 2004, by the United States District Court for the Southern District of New York on a complaint charging him with conspiracy to distribute, and to possess with intent to distribute, methamphetamine, in violation of Title 21, United States Code, Sections 841(1)(a)(1), 841(b)(1)(B) and 846.

At an initial appearance held before me on November 17, 2004, the defendant was released on conditions, and agreed that he is the person named in the complaint. The defendant also waived his right to an identity and removal hearing, and consented to an order removing him to the Southern District of New York.

**IT IS THEREFORE ORDERED** the defendant be, and hereby is, removed to the Southern District of New York, and, further, that the defendant appear before the United States District Court of the Southern District of New York at New York, New York, when ordered to do so by that Court.

      The Clerk is directed to send the original papers in this matter to the Clerk, United States District Court, Southern District of New York.

Dated: 11/17/04

/S/ Joyce London Alexander
JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS